UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

..................................................................

LUIS ALBERTO ALADINO,

        Petitioner,

-against-

UNITED STATES OF AMERICA,

        Respondent.

..................................................................

**O R D E R**

CV-09-926 (CBA)

AMON, J.

On December 14, 2009, the petitioner filed a motion for discovery in the above-captioned case.

The government is directed to respond to that motion by January 22, 2010.

SO ORDERED.

Dated: Brooklyn, New York
      January 5, 2010

                /Signed by Judge Amon/
                Carol Bagley Amon
                United States District Judge